UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 6:17-CR-00035** |
| **VERSUS** | * | **JUDGE WALTER** |
| **DARYL PLAISANCE (03)** | * | **MAG. JUDGE WHITEHURST** |

## REPORT AND RECOMMENDATION ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant on May 26, 2017. Defendant was present with his counsel, Lawrence Billeaud.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his guilty plea to Count 1 of the Indictment is knowing and voluntary, and that his guilty plea is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Daryl Plaisance, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Daryl Plaisance be finally adjudged guilty of the offense charged in Count 1 of the Indictment.

The defendant has waived his right to file an objection to the Report and

Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 26th day of June, 2017.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**