# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 6:17-CR-00035** |
| **VERSUS** | * | **JUDGE WALTER** |
| **DARYL PLAISANCE (03)** | * | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, DARYL PLAISANCE, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count 1 of the indictment consistent with the report and recommendation.

Shreveport, Louisiana, this 27th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE